People ex rel. Boksenbaum v Richards (2026 NY Slip Op 01525)

People ex rel. Boksenbaum v Richards

2026 NY Slip Op 01525

Decided on March 18, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 18, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
VALERIE BRATHWAITE NELSON
LAURENCE L. LOVE
JAMES P. MCCORMACK, JJ.

2026-02530

[*1]The People of the State of New York, ex rel. Anna Boksenbaum, on behalf of Juan Gomez, petitioner,
vStanley Richards, etc., respondent.

Twyla Carter, Kew Gardens, NY (Anna Boksenbaum pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Grace C. O'Brien, Johnnette Traill, Nancy Fitzpatrick Talcott, and Manipal Singh of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to set reasonable bail concerning Juan Gomez upon Queens County Indictment No. 73343/2025.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., BRATHWAITE NELSON, LOVE and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court